UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC CHRISTOPHER MARTIN,  )
                          )
        Plaintiff,        )
                          )
v.                        )     CV423-235
                          )
SHERIFF JOHN WILCHER, et al., )
                          )
        Defendants.       )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 5), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**.[1] The Court **CONSOLIDATES** this case with CV423-174. Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> is **DISMISSED** as moot. (Doc. no. 2.) The Clerk is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Honorable Lisa Godbey Wood has also consolidated another of Martin's cases, discussed in the Magistrate Judge's Report and Recommendation, CV423-143, into CV423-174. CV423-143, doc. 15 (S.D. Ga. Oct. 16, 2023).